ADAM PAUL LAXALT
  Attorney General
JARED M. FROST (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-3177 (phone)
(702) 486-3773 (fax)
Email: jfrost@ag.nv.gov

*Attorneys for Defendants State of Nevada ex rel the
Nevada Department of Corrections and Rick L. Brown*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARTY FURTADO, an individual; MARTY FURTADO, SPECIAL ADMINISTRATOR OF ESTATE OF ANDREW THURGOOD, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF NEVADA, ex rel, NEVADA DEPARTMENT OF CORRECTIONS; ADAM MICHAEL ISAACSON, an individual; ANTHONY M. WILLIAMS, an individual; OFFICER RUBEN R. JIMENEZ, acting in his individual capacity; OFFICER RICK L. BROWN, acting in his individual capacity; DOES 1-20, <br><br> Defendants. | Case No. 2:18-cv-00188-APG-PAL <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR RICK L. BROWN TO RESPOND TO THE AMENDED COMPLAINT** <br><br> **(First Request)** |

Plaintiff Marty Furtado, by and through his attorney, Travis N. Barrick, Esq., and Defendant Rick L. Brown, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, hereby stipulate and agree that the time for Rick L. Brown to respond to the Amended Complaint shall be extended for an additional sixty (60) days.

On April 18, 2018, Plaintiff filed an Amended Complaint. ECF No. 5. On April 20, 2018, the Court issued summonses directed to the State of Nevada ex rel the Nevada Department of Corrections, Ruben R. Jimenez, Rick L. Brown, Adam Michael Isaacson, and Anthony M. Williams. ECF No. 7. Also on April 20, 2018, Plaintiff's counsel provided service waivers for Defendants Ruben R. Jimenez and Rick L. Brown. On May 2, 2018, Plaintiff served the State of Nevada and Rick L. Brown with a Summons and Complaint.

The parties here state that there is good cause for the extension. Defendant Brown recently retired from State service, and defense counsel is currently in the process of re-establishing contact with him for litigation purposes. In addition, Defendants have informed Plaintiff that Rick L. Brown appears to have been improperly named in the Amended Complaint because he has never worked at High Desert State Prison. Lastly, Plaintiff is still trying to complete service on the remaining individually-named defendants. For all these reasons, the parties have agreed to extend the time for Rick L. Brown to respond to the Amended Complaint for an additional sixty (60) days.

| GALLIAN WELKER & BECKSTROM, LC | ADAM PAUL LAXALT<br>Attorney General |
|---|---|
| By: /s/ Travis N. Barrick   Date: 06-19-18<br>Travis N. Barrick<br>Nevada Bar No. 9257<br>540 E. St. Louis Avenue<br>Las Vegas, NV 89104<br>Attorneys for Plaintiff | By: /s/ Jared M. Frost   Date: 06-19-18<br>Jared M. Frost<br>Nevada Bar No. 11132<br>555 E. Washington Avenue, Ste. 3900<br>Las Vegas, NV 89101<br>Attorneys for Defendants |

**SO ORDERED.** Defendant Rick L. Brown shall respond to the Amended Complaint no later than August 17, 2018.

Dated this 12th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE