# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTY FURTADO, individually and as Special Administrator of the Estate of Andrew Thurgood,<br><br>Plaintiffs<br><br>v.<br><br>STATE OF NEVADA EX REL. NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants | Case No.: 2:18-cv-00188-APG-PAL<br><br>**Order Granting Voluntary Dismissal of Defendants Williams and Isaacson.**<br><br>[ECF No. 56] |

The plaintiffs filed a Notice of Voluntary Dismissal of defendants Anthony M. Williams and Adam Michael Isaacson. ECF No. 56. Williams previously filed an Answer. ECF No. 10. Therefore, the plaintiffs cannot dismiss their complaint against him absent a stipulation or order of the court. Fed. R. Civ. P. 41(a)(1)(A). Good cause supports dismissing the complaint against Williams. The Notice is effective as to Isaacson because he has never filed an appearance in this case.

IT IS THEREFORE ORDERED that all claims against defendants Williams and Isaacson are dismissed.

DATED this 4th day of February, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE