AARON D. FORD
 Attorney General
JARED M. FROST (Bar No. 11132)
 Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-3177 (phone)
(702) 486-3773 (fax)
Email: jfrost@ag.nv.gov

*Attorneys for Defendants State of Nevada ex rel the Nevada Department of Corrections, Waylon Brown, Sean French, Kerry Hunter, Jacob Corey, and Derrick Williams*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARTY FURTADO, an individual; MARTY FURTADO, SPECIAL ADMINISTRATOR OF ESTATE OF ANDREW THURGOOD,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF NEVADA, ex rel, NEVADA DEPARTMENT OF CORRECTIONS; ADAM MICHAEL ISAACSON, an individual; ANTHONY M. WILLIAMS, an individual; OFFICER RUBEN R. JIMENEZ, acting in his individual capacity; OFFICER RICK L. BROWN, acting in his individual capacity; DOES 1-20,<br><br>Defendants. | Case No. 2:18-cv-00188-APG-BNW<br><br>**STIPULATION TO EXTEND STAY FOR SETTLEMENT PURPOSES**<br><br>**(First Request)** |

Plaintiff Marty Furtado, by and through counsel, Travis N. Barrick, Esq., and Defendants State of Nevada ex rel. the Nevada Department of Corrections, Waylon Brown, Sean French, Kerry Hunter, Jacob Corey, and Derrick Williams ("the NDOC Defendants") by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jared M. Frost,

Page **1** of **3**

1  Senior Deputy Attorney General, hereby agree and stipulate to extend the stay for an
2  additional thirty (30) days for settlement purposes.

3  "The District Court has broad discretion to stay proceedings as an incident to its
4  power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997) (citation
5  omitted).

6  The parties submit there is good cause to extend the stay in this matter for an
7  additional thirty (30) days. On June 26, 2019, the Court granted the parties' request to stay
8  the case for sixty (60) days for settlement purposes. ECF No. 66. During the stay, the
9  parties exchanged multiple settlement offers and made important progress toward
10 reaching an agreement to resolve this case. The negotiations took another step forward
11 when the parties received notice on August 21, 2019, that the District Attorney had filed
12 criminal charges against the prisoners involved in Andrew Thurgood's death. However, the
13 parties do not expect to reach an agreement before the end of the stay on August 26th and
14 need additional time to conclude their negotiations. Therefore, the Court should extend the
15 stay for an additional thirty (30) days.
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

At the conclusion of the stay, the Court should direct the parties to file either a notice of settlement or a joint status report setting forth their positions as to how the case should move forward.

DATED this 23rd day of August, 2019.

GALLIAN WELKER & BECKSTROM, LTD.

By: /s/ Travis N. Barrick
TRAVIS N. BARRICK, ESQ.
Nevada Bar No. 9257
540 E. St. Louis Avenue
Las Vegas, Nevada 89104
*Attorneys for Plaintiff*

DATED this 23rd day of August, 2019.

AARON D. FORD
Attorney General

By: /s/ Jared M. Frost
JARED M. FROST, ESQ.
Nevada Bar No. 11132
555 E. Washington Avenue, Ste. 3900
Las Vegas, Nevada 89101
*Attorneys for the NDOC Defendants*

## ORDER

**SO ORDERED.** This matter is stayed for an additional thirty (30) days from the date of this Order. At the end of the thirty (30) day period, the parties shall file a notice of settlement or a joint status report setting forth the parties' positions as to how this case should move forward.

Dated August 26, 2019

_____
UNITED STATES MAGISTRATE JUDGE