1  AARON D. FORD
   Attorney General
2  JARED M. FROST (Bar No. 11132)
   Senior Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 East Washington Avenue
   Suite 3900
5  Las Vegas, Nevada  89101
   (702) 486-3177 (phone)
6  (702) 486-3773 (fax)
   Email:  jfrost@ag.nv.gov
7
   *Attorneys for Defendants State of Nevada ex rel the*
8  *Nevada Department of Corrections, Waylon Brown,*
   *Sean French, Kerry Hunter, Jacob Corey, and Derrick*
9  *Williams*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARTY FURTADO, an individual; MARTY FURTADO, SPECIAL ADMINISTRATOR OF ESTATE OF ANDREW THURGOOD, <br><br>Plaintiffs, <br><br> v. <br><br> STATE OF NEVADA, ex rel, NEVADA DEPARTMENT OF CORRECTIONS; ADAM MICHAEL ISAACSON, an individual; ANTHONY M. WILLIAMS, an individual; OFFICER RUBEN R. JIMENEZ, acting in his individual capacity; OFFICER RICK L. BROWN, acting in his individual capacity; DOES 1-20, <br><br>Defendants. | Case No. 2:18-cv-00188-APG-BNW <br><br> **STIPULATION TO EXTEND STAY FOR SETTLEMENT PURPOSES** <br><br> **(Third Request)** |

Plaintiff Marty Furtado, by and through counsel, Travis N. Barrick, Esq., and Defendants State of Nevada ex rel. the Nevada Department of Corrections, Waylon Brown, Sean French, Kerry Hunter, Jacob Corey, and Derrick Williams ("the NDOC Defendants") by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jared M. Frost,

Senior Deputy Attorney General, hereby agree and stipulate to extend the stay for an additional six (6) months from the date of this request for settlement purposes.

"The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997) (citation omitted).

On June 26, 2019, the Court granted the parties' request to stay the case for sixty (60) days for settlement purposes. ECF No. 66. On August 26, 2019, the Court granted the parties' request to stay the case for an additional thirty (30) days. ECF No. 68.

The parties submit there is good cause to extend the stay in this matter for an additional six (6) months due to the recent appearance of a putative child of Andrew Thurgood.

Plaintiff Marty Furtado is proceeding in this matter both in his individual capacity and also as the special administrator of Thurgood's estate. On July 25, 2019, counsel for Plaintiff was contacted by the legal representative of the putative child. On September 10, 2019, Plaintiff's counsel informed Defendants of the existence of the putative child. During the week of September 10, the parties had extensive discussions concerning the legal ramifications of this new claimant and how her appearance may impact the resolution of the current proceeding.

Pursuant to their discussions, the parties propose a six (6) month extension of the stay for settlement purposes. During this period, the parties intend to attempt to reach a global settlement with all possible claimants, seek approval of any agreement by the probate court,[1] and effectuate a minor's compromise if necessary.[2] At the conclusion of the

///

///

///

---

[1] According to a November 2016 Order Granting Appointment of Special Administration, "the settlement of the decedent's [Andrew Thrugood] lawsuit is subject to this [the probate] court's approval." *See* Exhibit 1.

[2] *See* NRS 41.200 (Nevada's statute regarding compromise of a minor's claim).

stay, the Court should direct the parties to file either a notice of settlement or a joint status report setting forth their positions as to how the case should move forward.

DATED this 25th day of September, 2019.

GALLIAN WELKER & BECKSTROM, LTD.

By: /s/ Travis N. Barrick
TRAVIS N. BARRICK, ESQ.
Nevada Bar No. 9257
540 E. St. Louis Avenue
Las Vegas, Nevada 89104
*Attorneys for Plaintiff*

DATED this 25th day of September, 2019.

AARON D. FORD
Attorney General

By: /s/ Jared M. Frost
JARED M. FROST, ESQ.
Nevada Bar No. 11132
555 E. Washington Avenue, Ste. 3900
Las Vegas, Nevada 89101
*Attorneys for the NDOC Defendants*

## ORDER

**SO ORDERED.** This matter is stayed for an additional six (6) months. On or before March 23, 2020, the parties shall file a notice of settlement or a joint status report setting forth the parties' positions as to how this case should move forward.

Dated this 3rd day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE